```
                      UNITED STATES DISTRICT COURT
                        DISTRICT OF CONNECTICUT

-------------------------------- x
UNITED STATES OF AMERICA ex rel. :
FLORENCE PARKER CHAILLA,         :
                                 :
         Plaintiff,              :
                                 :
v.                               :   Civil No. 3:16-cv-1199(AWT)
                                 :
NAVIENT, et al.,                 :
                                 :
         Defendants.             :
-------------------------------- x
```

**ORDER TO PRO SE RELATOR**

The court has received notices of declination from the United States, as well as the State of California and the State of Connecticut. Ordinarily at this point, the court would issue an order instructing the Relator as to the next steps she must take. However, the Relator in this case is appearing pro se, and these steps must be taken by an attorney for the Relator because cases like this cannot be prosecuted pro se. See United States *ex rel*. Mergent Svcs. v. Flaherty, 540 F.3d 89, 93 (2d Cir. 2008) ("Because relators lack a personal interest in False Claims Act qui tam actions, we conclude that they are not entitled to proceed pro se."). Therefore, before this case proceeds further, the Relator must have an attorney admitted in this district appear on her behalf.

Accordingly, the Relator shall arrange for an attorney to appear on her behalf in this case by **June 5, 2017**. Otherwise, the

case will be dismissed.  The court notes that while the United States and the States of California and Connecticut each request that the court solicit written consent should the Relator or any defendant voluntarily propose that this action be dismissed, the court need not solicit their consent where the court orders dismissal on its own.  See Minotti v. Lensink, 895 F.2d 100, 103 (2d Cir. 1990) (construing 31 U.S.C. § 3730(b)(1) to bar dismissal of qui tam actions "only in cases where the plaintiff seeks voluntary dismissal of a claim or action brought under the False Claims Act, and not where the court orders dismissal").

The Clerk shall serve a copy of this order on the United States, and on the States of California and Connecticut.

It is so ordered.

Signed this 1st day of May, 2017, at Hartford, Connecticut.

                                             /s/ AWT
                                   Alvin W. Thompson
                                   United States District Judge